**Order filed January 6, 2022**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-21-00494-CV**
_____

**DANIEL OSAZUWA AKHIONBARE, Appellant**

**V.**

**HOCHHEIM PRAIRIE INSURANCE AS SUBROGEE OF BUDDY BELL,**
**Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1159610**

---

**O R D E R**

Appellant's brief was due December 20, 2021. No brief or motion to extend time was filed on or after that date. Unless appellant files a brief with this court on or before January 20, 2022, the court will dismiss the appeal for want of prosecution. See Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.